UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Samina Kubra<br><br>            Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 11-12917<br><br>Chapter: 13<br>Honorable A. Benjamin Goldgar<br>Lake County |

## ORDER DETERMINING VALUE OF COLLATERAL

This cause coming before the court on the Debtor's Motion to Determine Value of Collateral, all appropriate parties having been given notice thereof, and the Court being duly advised,

IT IS HEREBY ORDERED BY THE COURT:

1. That a first mortgage lien is held by JPMorgan Chase, N.A. on the property commonly known as 5101 Red Pine Avenue, Gurnee, IL 60031, in the secured amount of $237,819.

2. That JPMorgan Chase, N.A., successor in interest from the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank holds a second mortgage lien on the property commonly known as 5101 Red Pine Avenue, Gurnee, IL 60031, which is related to a debt in the amount of $30,514.37.

3. The Debtor's real estate, commonly known as 25101 Red Pine Avenue, Gurnee, IL 60031, PIN 07-10-403-044, in Lake County, Illinois, is valued at $160,000.

4. That the claim of JPMorgan Chase, N.A., successor in interest from the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank has no collateral value.

5. JPMorgan Chase, N.A., successor in interest from the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank shall retain its junior lien on Debtor's real property until the earlier of: a) the payment of the underlying debt determined under non-bankruptcy law; or b) discharge under § 1328.

6. The claim of JPMorgan Chase, N.A., successor in interest from the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank shall be paid under the Plan as a general unsecured claim pursuant to 11 U.S.C. § 506(a).

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 15 JUL 2011

Rev: 201100318_bko

**Prepared by:**

David P. Leibowitz (ARDC # 1612271)
LakeLaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100

Rev: 201100318_bko