## UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS

## CHICAGO DIVISION

| | |
|---|---|
| In re<br><br>SAMINA KUBRA | Case No. 11-12917<br><br>Chapter 13<br><br>**NOTICE OF SATISFACTION OF PROOF OF CLAIM # 6** |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that the Proof of Claim filed by JP Morgan Chase Bank, N.A. on 6/14/2011, and assigned as Claim number 6 has been satisfied as of the date of this Notice. Accordingly, any future disbursements on Claim number 6 should cease at this time.

Dated: December __16__, 2014

Respectfully submitted,
Buckley Madole, P.C.

/s/ John R Callison
John R Callison
14841 Dallas Parkway, Suite 300
Dallas, TX 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BuckleyMadole.com
Authorized agent for JP Morgan Chase Bank, N.A.

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 17 2014

JEFFREY P. ALLSTEADT, CLERK
PS REP. - SW

### CERTIFICATE OF SERVICE OF NOTICE OF SATISFACTION OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the _16_ day of December, 2014 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
SAMINA KUBRA
5101 RED PINE AVENUE
GURNEE, IL 60031

**Debtors' Attorney**
DAVID P LEIBOWITZ, ESQ
420 W CLAYTON ST, LEIBOWITZ LAW CENTER,
WAUKEGAN, IL 60085

**Chapter 13 Trustee**
GLENN B STEARNS
801 WARRENVILLE RD STE 650
LISLE, IL 60532

/s/ John R Callison
John R Callison